IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01975-REB-MEH

JAIME ROSEEN ORTIZ,

    Plaintiff,

v.

PARKVIEW MEDICAL CENTER, a Colorado not-for-profit corporation,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Defendants' Motion for Summary Judgment, filed on July 7, 2016, by the Honorable Robert E. Blackburn, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of defendant, Parkview Medical Center, a Colorado not-for-profit corporation, and against plaintiff, Jaime Roseen Ortiz, as to all claims for relief and causes of action asserted herein.  It is further

ORDERED that plaintiff's complaint and action are dismissed with prejudice.  It is further

ORDERED that defendant shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 8th day of July, 2016.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                /s/ Robert R. Keech
                Robert R. Keech,
                Deputy Clerk